AO 106 (Rev. 04/10) Application for a Search Warrant     AUTHORIZED AND APPROVED/DATE: s/ Tiffany Edgmon 10/31/25

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Austin Garrett Reeves
SSN:XXX-XX-1869

Case No. MJ-25- 631-ALM

FILED 10/31/25
OCT 3 1 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY: _____, DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Austin Garrett Reeves; SSN:XXX-XX-1869, an inmate located at Grady County Jail.

located in the ___Western___ District of ___Oklahoma___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 & 21 O.S. § 1435(B) | Burglary in the Third Degree |
| 18 U.S.C. § 1153 & 21 O.S. § 1435(A) | Burglary in the Second Degree |

The application is based on these facts:

See the Affidavit of ATF Special Agent, Callie McLaughlin, which is incorporated by reference herein.

☐ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Callie McLaughlin, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/31/25__

*Judge's signature*

City and state: Oklahoma City, Oklahoma

Amanda L. Maxfield, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Callie McLaughlin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the collection of deoxyribonucleic acid (DNA) from the person of AUSTIN GARRETT REEVES ("REEVES") via buccal swab as evidence of violations of 18 U.S.C. § 1153 and 21 O.S. §§ 1435(A) & (B).

2. The subject of this investigation, REEVES, is presently in custody at the Grady County Jail, in the Western District of Oklahoma.

3. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a division of the United States Department of Justice, having been so employed since March 2023. Prior to my employment with the ATF, I completed my Master's and Bachelor's degrees from the University of Central Oklahoma. I am a graduate of the Department of Homeland Security's Criminal Investigator Training program as well as the ATF Special Agent Basic Training Program. As a Special Agent with ATF, I am vested with the authority to investigate violations of federal laws including Title 18 of the United States Code.

4. I have been assigned to the ATF Oklahoma City Field Office since October 2023. I am familiar with the information contained in this Affidavit through personal

investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter

5. Since this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant.

## BACKGROUND OF THE INVESTIGATION

6. On August 21, 2025, at around 0539 hours, the Newcastle Police Department (NPD) and the Chickasaw Lighthorse Police Department responded to a residence in Newcastle, Oklahoma, for a burglary. The residents (victims) had multiple surveillance cameras that captured the suspect at their residence. NPD Officer Slentz responded to the residence, approaching from the west. Approximately two houses to the west of the victims' residence, Officer Slentz saw a white male wearing red shorts, a plaid shirt, and black-rimmed glasses hiding behind a tree. Officer Slentz exited his patrol vehicle and ordered the male to show his hands. The suspect fled on foot, jumped into and swam across a pond, and entered a wooded area. A camouflage sweatshirt, a pair of gloves, a pocketknife, a garage door opener, loose change, and the victims' ammo can (see below) were found discarded near a residence approximately two-to-three doors west of the

victims.[1] The pocketknife, gloves, garage door opener, and loose change were all found in a black plastic bag.

7. Surveillance videos show the suspect tampering with victims' vehicles (a personal victim and an Oklahoma Department of Corrections issued patrol vehicle), seemingly flattening the tires by puncturing them with a pocketknife (multiple tires were, in fact, punctured and flattened). Videos captured of the rear of the property indicate the suspect opened the victims' shed. An ammo can containing cornhole bean bags was taken from the shed.

8. On August 22, 2025, Newcastle officers were informed of an off-duty officer had his personal vehicle broken into in Washington, Oklahoma. During the vehicular burglary, a firearm was stolen.

9. Officers were able to locate and identify the subject as Austin REEVES. The investigation into the August 22nd burglary, and evidence collected during the same, revealed REEVES was the individual who was seen on surveillance cameras from August 21st wearing the camouflage sweatshirt and dark pants tampering with the victims' vehicles. Specifically: REEVES matched the description of the subject seen on surveillance videos and wore the same dark-rimmed glasses; REEVES' white Ford Excursion was seen driving through the victims' neighborhood on August 21st; and REEVES' Ford Excursion

---

[1] Surveillance videos show the suspect initially wore dark pants, gloves, a camouflage jacket or sweatshirt, distinctive shoes, and dark-rimmed glasses.

3

was located on the 22nd near his arrest location and had shoes hanging from the back window that matched those worn by the subject seen on the victims' surveillance videos.

## CONCLUSION

10.  Based on the above information, there is probable cause to believe that REEVES was involved in violations of 18 U.S.C. § 1153 and 21 O.S. §§ 1435(A) and (B) and that the requested DNA sample constitutes evidence of that crime. Therefore, I respectfully request that a search warrant be issued authorizing the examination of the person described in Attachment A to seek the items described in Attachment B.

_____
Callie McLaughlin
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before me this 31st day of October, 2025.

_____
AMANDA L. MAXFIELD
United States Magistrate Judge

## ATTACHMENT "A"

### Description of REEVES

Name: Austin G. Reeves (photograph included below)
SSN: XXX-XX-1869
DOB: XX/XX/1997
Height: 5'7"
Eye Color: Hazel
Current Address: Grady County Jail, 215 N. 3rd St., Chickasha, Oklahoma 73018



5

## ATTACHMENT "B"

### Particular Things to be Seized

The following materials, which constitute evidence of the commission of a criminal offense, namely violations of 18 U.S.C. § 1153 and 21 O.S. §§ 1435(A) and (B):

    6.    The deoxyribonucleic acid (DNA) of AUSTIN G. REEVES via buccal swabs.